|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BOHLING-ROBINSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Foreign Limited Liability Company, DOES I – X; ROE CORPORATIONS I - X,<br><br>Defendants. | Case No. 3:22-cv-00134-MMD-CSD<br><br>**[PROPOSED] ORDER EXTENDING AT&T MOBILITY SERVICES LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom: 5<br>Judge: Hon. Miranda M. Du<br><br>Action Filed: Mar. 18, 2022<br>Complaint Served: May 5, 2022<br>Current Response Date: May 26, 2022<br>New Response Date: June 23, 2022 |

**ORDER**

Pursuant to the parties' Stipulation filed on May 24, 2022 (ECF No. 6), and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendant AT&T Mobility Services LLC's deadline to respond to Plaintiff Anthony Bohling-Robinson's complaint is extended to June 23, 2022.

IT IS SO ORDERED.

DATED: May 25, 2022

_____
Hon. Craig S. Denney
United States Magistrate Judge