TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BOHLING-ROBINSON, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY SERVICES LLC, a Foreign Limited Liability Company, DOES I -X; ROE CORPORATIONS I -X, <br><br> Defendants. | **CASE NO.: 3:22-cv-00134-MMD-CSD** <br><br> **STIPULATION AND ORDER TO DISMISS ALL CLAIMS** |

The parties, Plaintiff ANTHONY BOHLING-ROBINSON ("Plaintiff") and Defendant AT&T MOBILITY SERVICES LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that all claims asserted in this matter be dismissed in their entirety WITH PREJUDICE.

///

///

With respect to this dismissal, each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| Dated this 14th day of April, 2023. | Dated this 14th day of April, 2023. |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **PETERSON BAKER, PLLC** |
| /s/ Dana Sniegocki | /s/ Tamara Beatty Peterson |
| DANA SNIEGOCKI ESQ. | TAMARA BEATTY PETERSON, ESQ. |
| Nevada Bar No. 11715 | Nevada Bar No. 5218 |
| 101 Convention Center Drive, Suite 600 | 701 S. 7th Street |
| Las Vegas, Nevada 89109 | Las Vegas, NV 89101 |
| Tel: (702) 805-8340 | Tel: (702) 786-1001 |
| Fax: (702) 805-8340 | Fax: (702) 786-1002 |
| E-mail: dsniegocki@hkm.com | E-mail: tpeterson@petersonbaker.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   fMay 18, 2023